176 A.3d 213

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. MARJORIE ANNA STUBBLEFIELD,
DEFENDANT–RESPONDENT.

C–372 September Term 2017
079586

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002112–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 213

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DANNY SOTO, DEFENDANT–PETITIONER.

C–386 September Term 2017
080194

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004633–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.